JS - 6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIRELL FRANCIS BETTIS aka<br>DR. SADEEQ ABDUL, | ) )<br>) | NO. CV 09-8970-MMM(CT) |
|           Petitioner, | )<br>) | JUDGMENT |
|        v. | )<br>) | |
| F.B. HAWS, et al., | )<br>) | |
|          Respondents. | )<br>) | |

Pursuant to the concurrently filed Memorandum and Order, IT IS HEREBY ADJUDGED THAT the petition is denied and dismissed.


DATED: _December 30, 2009__

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE